IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Yosuf Chaudhry, et al., ) | |
|     *Plaintiffs*, ) | |
| ) | Case No. 20 CV 50381 |
| v. ) | |
| ) | Judge Iain D. Johnston |
| Community Unit School District ) | |
| 300 Board of Education, et al. ) | |
|     *Defendants*. ) | |

## ORDER

The Court requests that Daniel Weiss and Brandon Polcik represent movant Aliya Noor Chaudry. Attorneys Weiss and Polcik are located at: Jenner & Block, LLP, 353 N. Clark St., Chicago, IL 60654. Attorneys Weiss and Polcik can be contacted at 312-222-9350 or at dweiss@jenner.com for Daniel Weiss and at bpolcik@jenner.com for Brandon Polcik. By 3/7/2020, counsel shall file an appearance for Aliya Noor Chaudry. Counsel are encouraged to visit the Court's Pro Bono web page at http://www.ilnd.uscourts.gov/Pages.aspx?page=ProBono (case sensitive) for various resources related to pro bono representation.

The recruited attorneys fall within the class of users listed in the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States, therefore, the above-named attorneys shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this Court for the above-captioned case only. The recruited attorneys are directed to open a separate PACER account to only be used for the above-captioned case, and fees are exempt for the above-captioned case only. The assigned attorneys shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this Court. This exemption is valid immediately and for the duration of the attorneys' participation in the matter. This exemption may be revoked at the discretion of the Court at any time. The attorneys shall contact the PACER Service Center at 1-800-676 6856 or via the link below to create the new PACER account and to make any necessary arrangements for the waiver. The Clerk is directed to send a copy of this order to the PACER Service Center at http://www.pacer.psc.uscourts.gov/register.html and to the Systems Department of the Northern District of Illinois.

Dated: 2/28/2022                        By: _____
                                                                     Iain D. Johnston
                                                                     U.S. District Judge